# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkinson, III, J H | 2. Court or Organization<br><br>4th US Circuit Ct of Appeals | 3. Date of Report<br><br>05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>255 W. Main Street Rm. 230<br>Charlottesville, Va. 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | I will receive no salary from my former employer the University of VA Law School. There will be no continuing participation in any benefit plan (cntd Part 8) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust # 1 | | | | | | | | | |
| 2. Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 3. Bellsouth Corp Common Stock | C | Dividend | L | T | | | | | |
| 4. Deere & Co. Common Stock | C | Dividend | M | T | | | | | |
| 5. Dupont E I De Nemours & Co Common Stock | C | Dividend | L | T | | | | | |
| 6. Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 7. General Electric Co. Common Stock | D | Dividend | M | T | | | | | |
| 8. Hewlett Packard Common Stock | B | Dividend | M | T | | | | | |
| 9. Lilly Eli & Co Common Stock | B | Dividend | L | T | | | | | |
| 10. Media General Inc. Common Stock | A | Dividend | K | T | | | | | |
| 11. Gillette | | Dividend | | | Merger P&G | 10/03 | M | | |
| 12. Proctor & Gamble Co Common Stock | D | Dividend | N | T | | | | | |
| 13. Providence & Worcester RR Common Stock | A | Dividend | K | T | | | | | |
| 14. Royal Dutch Pete Co Common Stock | C | Dividend | L | T | | | | | |
| 15. Schering Plough Corp Common Stock | A | Dividend | L | T | | | | | |
| 16. Wyeth Common Stock | B | Dividend | L | T | | | | | |
| 17. STI Classic Fd Aggressive Growth STK Fd Trust Shares | A | Dividend | | | Buy | 2/4 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. STI Classic Fd Aggressive Growth STK Fd I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 19. STI Classic Fd Aggressive Growth STK Fd I Shares | A | Dividend | L | T | | | | | |
| 20. STI Classic Fd - Cap Apprec Fd Trust Shares | A | Dividend | | | Sell | 2/4 | M | | |
| 21. STI Classic Fd Growth & Income Fd Trust Shares | | Dividend | | | Name change | 8/1 | M | | |
| 22. STI Classic Fd Growth & Income Fd Trust Shares | | Dividend | | | Share change | 8/1 | | | |
| 23. STI Classic Fd Large Cap Relative Value Fd I Shares | B | Dividend | M | T | | | | | |
| 24. STI Classic Fd - Intl Equity Fd Trust Shares | A | Dividend | | | Buy | 2/4 | K | | |
| 25. STI Classic Fd - Intl Equity Fd I Share | | Dividend | | | Share Change | 8/1 | | | |
| 26. STI Classic Fd - Intl Equity Fd I Share | B | Dividend | L | T | | | | | |
| 27. STI Classic Fd Small Cap Growth Fd Trust Shares | A | Dividend | | | Buy | 2/4 | K | | |
| 28. STI Classic Fd - Small Cap Growth Fd Trust Shares | | Dividend | | | Share change | 8/1 | | | |
| 29. STI Class Fd - Small Cap Growth Fd I Shares | A | Dividend | K | T | | | | | |
| 30. STI Classic Fd - Small Cap Val Equity Fd - Trust Shares | A | Dividend | | | Buy | 2/4 | K | | |
| 31. STI Classic Fd - Small Cap Val Equity Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 32. STI Classic Fd - Small Cap Val Equity Fd I Shares | A | Dividend | K | T | | | | | |
| 33. STI Classic Fd - Va Muni Bd Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 34. STI Classic Fd - Va Muni Bd Fd I Shares | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. STI Classic Fd - Va Inter Muni Bd Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 36. STI Classic Fd - Va Inter Muni Bd Fd I Shares | D | Dividend | N | T | | | | | |
| 37. STI Classic Fd - Va Tax Free MM Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 38. STI Classic Fd - Va Tax Fee MM Fd I Shares | B | Dividend | L | T | | | | | |
| 39. | | | | | | | | | |
| 40. IRA # 1 | | | | | | | | | |
| 41. STI Classic Fd - Value Income Stock | | Dividend | | | Name Change | 11/24 | | | |
| 42. STI Classic Fd - Large Cap Value Equity C | A | Dividend | K | T | | | | | |
| 43. STI Classic Fd - Capital Appreciation | A | Dividend | K | T | | | | | |
| 44. STI Classic Fd - Short Term Treasury | A | Interest | J | T | | | | | |
| 45. STI Classic Fd - LTD Term Fed Mortgage SE | A | Interest | J | T | | | | | |
| 46. STI Classic Fd - Prime Quality MMKT | A | Interest | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Trust # 2 | | | | | | | | | |
| 49. Albemarle Corp Common Stock | A | Dividend | J | T | | | | | |
| 50. Bellsouth Corp BLS Group Common Stock | A | Dividend | K | T | | | | | |
| 51. Du pont E I Nemours & Co. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Duke Energy Corp Common Stock | A | Dividend | K | T | | | | | |
| 53. Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| 54. Jefferson Pilot Corp Common Stock | D | Dividend | N | T | | | | | |
| 55. Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 56. Royal Dutch Pete Co Common Stock | A | Dividend | K | T | | | | | |
| 57. Schering Plough Corp Common Stock | A | Dividend | K | T | | | | | |
| 58. Wyeth Common Stock | A | Dividend | K | T | | | | | |
| 59. STI Classic Fd - Aggressive Growth Stk Fd Trust Shares | A | Dividend | | | Buy | 2/4 | K | | |
| 60. STI Classic Fd - Aggressive Growth Stk Fd I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 61. STI Classic Fd - Aggressive Growth Stk Fd I Shares | A | Dividend | K | T | | | | | |
| 62. STI Classic Fd - Capital Appreciation Fd Trust Shares | A | Dividend | | | Sell | 2/4 | L | | |
| 63. STI Classic Fd - Growth & Income Fd Trust Shares | | Dividend | | | Name Change | 8/1 | | | |
| 64. STI Classic Fd - Large Cap Relative Value Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 65. STI Classic Fd - Large Cap Relative Value I Shares | B | Dividend | L | T | | | | | |
| 66. STI Classic Fd -Intl Equity Fd Trust Shares | A | Dividend | | | Buy | 2/4 | | | |
| 67. STI Classic Fd -Intl Equity Fd I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 68. STI Classic Fd - Intl Equity Fd I Shares | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. STI Classic Fd - Sm Cap Growth Stk I Shares | A | Dividend | | | Buy | 2/4 | K | | |
| 70. STI Classic Fd -Sm Cap Growth Stk I Shares | A | Dividend | | | Share Change | 8/1 | | | |
| 71. STI Classic Fd - Sm Cap Growth Stk I Shares | A | Dividend | K | T | | | | | |
| 72. IShares Tr S&P SmallCap 600 Value Index Fd | A | Dividend | | | Buy | 2/8 | K | | |
| 73. IShares Tr S&P SmallCap 600 Value Index Fd | A | Dividend | K | T | | | | | |
| 74. STI Classic Fd - Va Intermediate Municipal Fd Trust Shares | A | Interest | | | Share Change | 8/1 | | | |
| 75. STI Classic Fd -Va Intermediate Municipal Fd I Shares | A | Interest | K | T | | | | | |
| 76. STI Classic Fd - Va Tax Free Money Market Fd Trust Shares | | Interest | | | Share Change | 8/1 | | | |
| 77. STI Classic Fd - Va Tax Free Money Market Fd I shares | A | Interest | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. Deposit Accounts | | | | | | | | | |
| 80. SunTrust Interest Checking#1 | A | Interest | K | T | | | | | |
| 81. SunTrust Personal Checking#2 | | None | J | T | | | | | |
| 82. SunTrust Personal Checking #3 | | None | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. (T●) Trust #3 (see explanation section VIII) | | | | | | | | | |
| 85. (T●) Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. (T) Altria Group Inc Common Stock | C | Dividend | L | T | | | | | |
| 87. (T) Coca Cola Co. Common Stock | A | Dividend | | | Sell | 5/27 | J | | |
| 88. (T) Deere & Co. Common Stock | B | Dividend | | | Partial Sale | 5/27 | J | D | |
| 89. (T) Deere & Co Common Stock | B | Dividend | L | T | | | | | |
| 90. (T) Du Pont E I De Nemours & Co Common Stock | B | Dividend | K | T | | | | | |
| 91. (T) Duke Energy Corp Common Stock | B | Dividend | K | T | | | | | |
| 92. (T) General Electric Co Common Stock | B | Dividend | L | T | | | | | |
| 93. (T) Hewlett Packard Common Stock | A | Dividend | K | T | | | | | |
| 94. (T) Johnson & Johnson Common Stock | B | Dividend | L | T | | | | | |
| 95. (T) Procter & Gamble Co Common Stock | B | Dividend | L | T | | | | | |
| 96. (T) Royal Dutch Pete Co Common Stock | B | Dividend | L | T | | | | | |
| 97. (T) SunTrust Bank Inc Common Stock | C | Dividend | | | Partial Sale | 9/23 | K | D | |
| 98. (T) SunTrust Bank Inc Common Stock | C | Dividend | M | T | | | | | |
| 99. (T) STI Classic Fd - Growth & Income Fd Trust Shares | | Dividend | | | Name Change | 8/1 | | | |
| 100. (T) STI Classic Fd-Large Cap Relative Value Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 101. (T) STI Classic Fd - Large Cap Relative Value Fd I Shares | A | Dividend | K | T | | | | | |
| 102. (T) STI Classic Fd - Capital Appreciation Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. (T●) STI Classic Fd - Capital Appreciation Fd I Shares | A | Dividend | K | T | | | | | |
| 104. (T●) STI Classic Fd - SM Cap Growth Stk Fd I Shares | A | Dividend | | | Buy | 10/5 | J | | |
| 105. (T●) STI Classic Fd - SM Cap Growth Stk Fd I Shares | A | Dividend | J | T | | | | | |
| 106. (T●) STI Classic Fd - Intl Equity Fd Trust Shares | A | Dividend | | | Buy | 5/25 | K | | |
| 107. (T●) STI Classic Fd - Intl Equity Fd I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 108. (T●) STI Classic Fd - Intl Equity Fd I Shares | A | Dividend | K | T | | | | | |
| 109. (T●) STI Classic Fd-Va Interm. Municipal Bond Fd Trust Shares | D | Interest | | | Partial Sale | 5/25 | L | | |
| 110. (T●) STI Classic Fd- Va Interm. Municipal Bond Fd I Shares | D | Interest | | | Share Change | 8/1 | | | |
| 111. (T●) STI Classic Fd - Va. Interm. Municipal Bond Fd I Shares | D | Interest | M | T | | | | | |
| 112. (T●) STI Classic Fd - Va Mun Bd Trust Shares | B | Interest | | | Buy | 5/25 | K | | |
| 113. (T●) STI Classic Fd - Va Mun Bd I Shares | | Interest | | | Share Change | 8/1 | | | |
| 114. (T●) STI Classic Fd - Va Mun Bd I Shares | B | Interest | K | T | | | | | |
| 115. (T●) STI Classic Fd-Va Tax Free Money Market Fd Trust Shares | | Interest | | | Share Change | 8/1 | | | |
| 116. (T●) STI Classic Fd - Va Tax Free Money Market Fd I Shares | A | Interest | K | T | | | | | |
| 117. | | | | | | | | | |
| 118. (T●) Trust # 4 (see explanation section VIII) | | | | | | | | | |
| 119. (T●)Albemarle Corp Common Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkinson, III, J H | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. (T●Altria Group Inc. Common Stock | C | Dividend | L | T | | | | | |
| 121. (T●Coca Cola Co. Common Stock | A | Dividend | K | T | Sell | 5/27 | J | | |
| 122. (T● Deere & Co. Common Stock | B | Dividend | | | Partial Sale | 5/27 | K | D | |
| 123. (T● Deere & Co. Common Stock | B | Dividend | M | T | | | | | |
| 124. (T●Du Pont E I De Nemours & Co Common Stock | B | Dividend | L | T | | | | | |
| 125. (T●Duke Energy Corp Common Stock | C | Dividend | L | T | | | | | |
| 126. (T●General Electric Co Common Stock | B | Dividend | L | T | | | | | |
| 127. (T●Hewlett Packard Common Stock | A | Dividend | L | T | | | | | |
| 128. (T●Johnson & Johnson Common Stock | C | Dividend | M | T | | | | | |
| 129. (T●Procter & Gamble Co Common Stock | B | Dividend | M | T | | | | | |
| 130. (T●Royal Dutch Pete Co Common Stock | C | Dividend | L | T | | | | | |
| 131. (T●SunTrust Bank Common Stock | | Dividend | | | Partial Sell | 9/23 | K | | |
| 132. (T●SunTrust Bank Common Stock | D | Dividend | M | T | | | | | |
| 133. (T●STI Classic Fd - Growth & Income Fd Trust Shares | | Dividend | | | Name Change | 8/1 | | | |
| 134. (T●STI Classic Fd - Large Cap Relative Value I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 135. (T●STI Classic Fd - Large Cap Relative Value I Shares | A | Dividend | K | T | | | | | |
| 136. (T●STI Classic Fd - Sm Cap Growth Fd I Shares | A | Dividend | | | Buy | 10/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. (T) STI Classic Fd - Sm Cap Growth Fd I Shares | A | Dividend | J | T | | | | | |
| 138. (T) STI Classic Fd - International Equity Fd Trust Shares | A | Dividend | | | Buy | 5/25 | K | | |
| 139. (T) STI Classic Fd - International Equity Fd I Shares | | Dividend | | | Share Change | 8/1 | | | |
| 140. (T) STI Classic Fd - International Equity Fd I Shares | A | Dividend | K | T | | | | | |
| 141. (T) STI Classic Fd - Capital Appreciation Fd Trust Shares | | Dividend | | | Share Change | 8/1 | | | |
| 142. (T) STI Classic Fd - Capital Appreciation Fd I Shares | A | Dividend | L | T | | | | | |
| 143. (T) STI Classic Fd Va Interm. Municipal Bond Fd Trust Shares | D | Interest | | | Share Change | 8/1 | | | |
| 144. (T) STI Classic Fd - Va Interm. Municipal Bond Fd I Shares | D | Interest | M | T | | | | | |
| 145. (T) STI Classic Fd - Va Mun Bd Fd Trust Shares | B | Interest | | | Buy | 5/25 | L | | |
| 146. (T) STI Classic Fd - Va Mun Bd Fd I Shares | | Interest | | | Share Change | 8/1 | | | |
| 147. (T) STI Classic Fd - Va Mun Bd Fd I Shares | B | Interest | L | T | | | | | |
| 148. (T) STI Classic Fd- Va Tax Free Money Market Fd Trust Shares | | Interest | | | Share Change | 8/1 | | | |
| 149. (T) STI Classic Fed - Va Tax Free Money Market I Shares | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part 2: Parties and Terms Re: I will rec, contd…provided by the University although past pension benefits are vested. My mortgage was provided at a favorable rate available to faculty members and had to be refinanced within 6 mo. of leaving the University. The mortgage was paid in full 02/09/1985.

------------------------------------------------------------------------

(T) On the death of ▮▮▮▮▮ (in 1990), an irrevocable trust was created. ▮▮▮▮▮ and SunTrust Bank, formerly Crestar Bank, were named the CoTrustee's.

Within that trust(T) there were two previously undivided shares. On May 31, 2005 this trust was divided, per the language in the document, and the ▮▮▮▮ share became the ▮▮▮▮ Trust(T♦) while the ▮▮▮▮ share became the ▮▮▮▮ Trust(T♦). This report reflects this change and therefore Trust # 3 will become the ▮▮▮▮ Trust (T♦) and the ▮▮▮▮ Trust (T♦) will become Trust # 4. These trusts were funded according to the formula, in the document, using all the assets from the original trust(T). As a result, the values of each trust (T♦#3 & T♦#4) will total the approximate value of the original single trust(T). The nature of my interest in these trusts has not changed, and is as follows:

With respect to the ▮▮▮▮ Trust, ▮▮▮▮▮ is the sole beneficfary of that trust during her lifetime. Upon her death, whatever remains in the ▮▮▮▮ Trust, after taxes, is to be added to the ▮▮▮▮ Trust.

With respect to the ▮▮▮▮ Trust, the corporate trustee has sole discretion to distribute trust income and principal to ▮▮▮▮▮▮▮▮▮▮ me along with ▮▮ ▮▮▮▮▮▮▮▮. Distributions must be deemed necessary for a distributee's health, support, or maintenance. ▮▮▮▮▮ I have equal future interests in the ▮▮▮ Trust upon the death of ▮▮▮▮▮.

------------------------------------------------------------------------

Please note that all of the SunTrust Funds (STI Classic Fd) had a share change on 8/1. This change is shown as a seperate line item for clarification purposes. In addition, the STI Classic Growth and Income Fd had a name change, to STI Classic Fd Large Cap Relative Value Fd, on 8/1.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date _May 10 '06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544